IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KEVIN HAROLD BRASWELL,        )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>GENEVA COUNTY JAIL, et        )<br>al.,                          )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>1:15cv737-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a county jail inmate, filed this lawsuit complaining that correctional officers denied him medical treatment and failed to protect him from assault and theft by other inmates, and that his constitutional rights were violated during his arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of December, 2015.

                                        <u>/s/ Myron H. Thompson</u>
                                   **UNITED STATES DISTRICT JUDGE**